**No. 60556.**—Inter-Maritime Forwarding Co., Inc. *v.* United States, protest 263260–K (New York).

Opinion by LAWRENCE, J. From an examination of the papers in the case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the decision of the collector. The protest was therefore overruled.

**No. 60557.**—Associated Customhouse Brokers *v.* United States, protest 279453–K (Rochester).

Opinion by LAWRENCE, J. From an examination of the papers in the case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the decision of the collector. The protest was therefore overruled.

**No. 60558.**—Samuel Shapiro & Co., Inc. *v.* United States, protest 289834–K (Baltimore).

Opinion by LAWRENCE, J. There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.

**No. 60559.**—Arthur J. Fritz & Co., a/c S. E. Edgar & Co. *v.* United States, protest 292395–K (San Francisco).

Opinion by LAWRENCE, J. There being nothing before the court tending in any way to overcome the presumption of correctness attaching to the classification by the collector, the protest was overruled.

MARCH 7, 1957

**No. 60560.**—SUIT 4869.—United States *v.* Astra Trading Corp.— —C. D. 1754 reversed November 30, 1956. C. A. D. 627.

BEFORE THE FIRST DIVISION, MARCH 12, 1957

**No. 60561.**—Leading Forwarders, Inc. *v.* United States, protest 273691–K (New York).

Opinion by WILSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.